IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                    Case No.:1:08-cr-15-SPM-AK

MANUEL DEJESUS
CHAVIANO-BETANCOURT,

    Defendant.
_____/

## ORDER GRANTING MOTION TO CONTINUE SENTENCING

This cause comes before the Court on the Defendant's "Agreed Motion to Continue Sentencing Hearing" (doc. 55). As grounds, Defendant states that Defendant's mental evaluation report will not be prepared by the time of the sentencing as scheduled and that his doctor will not be available to testify. The Government does not oppose the motion to continue.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.     The Defendant's motion to continue (doc. 55) is hereby *granted*.

2.     Sentencing is reset for **Tuesday, September 8, 2009, at 1:30 p.m.** in Gainesville, Florida.

**DONE AND ORDERED** this <u>second</u> day of July, 2009.

                      *s/ Stephan P. Mickle*
                      Stephan P. Mickle
                      Chief United States District Judge